Timothy Huggins, T-61979
P.O. Box 5244
Corcoran, CA 93212
IN PROPRIA PERSONA

UNITED STATES district court for
THE Northern district of California

CV 08   1578   42 U.S.C. 1983
                civil right SBA
                complaint,
                with a (PR)
                JURY
                DEMAND.

Timothy Huggins,
                    Plaintiff,
          v.
KATHY Prosper, warden,
M. Mullin. A. WARDEN
A.D.A.Co. - G. reinsel
Mr. Pomazalos.C.M.O.
                    Defendants.

INTRODUCTION

THIS is a 42 U.S.C. 1983 civil RIGHTS complaint, with a JURY demand. Plaintiff is CURRENTLY incarcerated, at CORCORAN State Prison II (SAP) P.O. Box 5244 Corcoran, CA 93212 Plaintiff was in the custody of CDCR at C.C.C. P.O. Box 2400 Gym 142 Low. Susanville, CA. 96127 State Prison at the time of the injuries stated herein.

1

# JURISDICTION

THIS court has Jurisdiction UNDER U.S.C. 3333 and 3334.(e)

2

[STATEMENT OF FACT'S]

ON OR about 12-18-07 during THE evening Program hour's Plaintiff went to take a SHOWER, in the C.C.C. SIERRA Yard gym Level II FAC- SHower Area, at that TIME Plaintiff slipped and FELL on his back, and left SIDE and left arm, and LOWER tail bone. Plaintiff WAS down another inmate HELPED get Plaintiff up, THEN Plaintiff while in Pain WALKED to the gym officers STATION and reported the ABOVE statement to STAFF, AND at that time Plaintiff WAS TOLD to let the medical STAFF, KNOW during Pill CALL, so PLAINTIFF did Just that at THAT time Plaintiff WAS check OUT BY RN. Ms. Harrington TO Be Placed on emergency sick call.

waiting list for the next morning.

Case 4:08-cv-01578-SBA   Document 1   Filed 03/24/2008   Page 5 of 12

DEFENDANT Kathy Prosper KNOWingly AND intentionally denied and DEPRIVED Plaintiff of his FEDERALLY protected rights under THE color of state LAW in bad Faith and SHe is being sued IN her official and individual CAPACITIES, DEFENdant M. Mullin KNOWINGLY and Intentionally DENIED and deprived PLAINTIFF of his federally PROTECTED civil rights under THE Color OF STATE LAW IN BAD faith and is being sued IN the individual and official CAPACITIES. defendant G. reinsel DENIED and deprived plaintiff OF his federally protected RIGHTS under the color OF state LAW. in bad faith and is being sued IN official and individual capacities.

5

1. SN.P. WRINGLEY MADE THE
2. PLAINTIFF (A.D.A) DPN, AND
3. DR. S. WONG, SEEN THE MIS-
4. DIAGNOSE THAT WAS MADE
5. AND CORRECTED ALL CHRONO'S TO
6. DPM.
7.   PLAINTIFF HAS ALL MEDICAL
8. DOCUMENTATION OR CENTRAL FILE
9. INFORMATION TO PROVE THESE TRUE
10. ALLEGATION'S.
11.   THIS, I DECLARE UNDER THE
12. PENALTY OF PERJURY THAT THE
13. FOREGOING IS TRUE AND CORRECT.

DATED: 03-13-08

RESPECTFULLY
SUBMITTED:
x Huggins Timothy. T-61979
x Huggins Timothy, T-61979

6

DEFENDANT Pomazalos chief medical officer knowingly AND intentionally in bad Faith, denied and deprived Plaintiff of his federally Protected rights under the Color of State Law. In bad FAITH He is being sued in His individual and official Capacities.

CORRECTIONAL STAFF at C.C.C. SUSANVILLE KNOWINGLY GAVE FALSE information to Plaintiff AND said that Plaintiff WAS BEING transferred to Vacaville MEDICAL Prison, for the injury BUT transferred Plaintiff, TO CORCORAN STATE Prison, SATF (SAP) Program wrongfully WHERE Plaintiff is subjected TO on going "false alarms" CAUSING humiliation, worry, uncertanity, etc.

8

Memorandum and Points and Authorities

Estelle v. Gamble
429 U.S. 97 50 L Ed 2d 251, 97 S Ct 285

14th Amendment,
8th Amendment,
CDCR
Title 15, Section #3369.1
3375.1 3375.3 3377
U.S. Citizen Complaint,
832.5 Penal Code, CA

9

(DAMAGES)

PLAINTIFF seeks dAMAGES) IN the amount OF 5 million DOLLARS, for physical inJury, NELiGENCE OF C.D.C.R. No SAFETY railings, Humilation, Embarassment, Nerousness, emotional distress, MENTAL stress, worry, SHOCK, anxiety, family HARDSHIP,

(PRAYER for relief)

PLAINTIFF is without remedy SAVE this 42 U.S.C. 1983 Civil Rights complaint, with a Jury demand. Plaintiff Requests that the court GRANT the complaint, and THE relief requested.

Dated: 03-13-08

respectfully submitted
Huggins Timothy D. T-61979
Huggins Timothy D. T61979

11

## Proof Of Service By Mail

1. I, Timothy Huggins, declare:

I am at least 18 years of age, incarcerated, and a party to the action in the attached documents.

On x 03-12, 2008, pursuant to the institutional rules for legal mail, I delivered to the prison officials of California Substance Abuse Treatment Facility and State Prison (CSATF/SP) the attached and below listed documents for mailing in the United States Mail:

1. U.S.C. 42 1983 civil rights
2. Complaint with a Jury
3. Demand.
4. _____

The above documents were placed in sealed envelope(s), postage fully prepaid, sent from CSATF/SP, ___-_____, P. O. Box 5248, Corcoran, CA 93212-5248, and addressed to:

U.S. district court for the
Northern district of California
U.S. courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

I hereby verify that the foregoing is true and correct to the best of my knowledge and belief.

Executed this day of 03-12, 2008, at California Substance Abuse Treatment Facility and State Prison, Corcoran, Kings County, California.

x Huggins Timothy, T-61979
x Simothy Huggins, T-61979
CDC #
Declarant In Pro Se

12

Timothy Huggins T-61979
P.O. Box 5244 A1-B-140Low
Corcoran, CA 93212

To: U.S. District Court for the
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


