— THIS FORM MUST BE KEPT CONFIDENTIAL —

FW-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Timothy Huggins - T-61979
P O Box 5244
Corcoran, CA-93212

**FOR COURT USE ONLY**

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): IN PROPIA PERSONA

E-filing

NAME OF COURT: UNITED STATES DISTRICT COURT FOR THE
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: US COURTHOUSE
CITY AND ZIP CODE: 450 GOLDEN GATE AVENUE
                   SAN FRANCISCO, CA-94102-3483
BRANCH NAME:

PLAINTIFF/PETITIONER: Timothy Huggins
DEFENDANT/RESPONDENT: Kathy P. Rosper ET-AL.

CV 08 1578 SBA

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER:

**I request a court order so that I do not have to pay court fees and costs.**

1. a. [X] I am *not* able to pay any of the court fees and costs.
   b. [ ] I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):
   AS ABOVE

(PR)

3. a. My occupation, employer, and employees address are (specify):
      I AM INCARCERATED
   b. My spouse's occupation, employer, and employees address are (specify):
      N/A

4. [ ] I am receiving financial assistance under one or more of the following programs:
   a. [ ] **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] **Food Stamps:** The Food Stamp Program
   d. [ ] **County Relief, General Relief (G.R.), or General Assistance (G.A.)**

5. If you checked box 4, you must check and complete **one of the three boxes below, unless you area defendant in an unlawful detainer action. Do not check more than one box.**
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [ ] (Optional) My social security number is (specify):
      [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]   and my date of birth is (specify):
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]

6. [ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

7. [ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 03-12-08

Timothy Huggins T-61979
(TYPE OR PRINT NAME)

▶ Timothy Huggins, T-61979
(SIGNATURE)

(Financial information on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FW-001 [Rev. January 1, 2007]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(Fee Waiver)

THOMSON
★
WEST

Government Code,
§ 68511.3

FW-001

| PLAINTIFF/PETITIONER: Timothy Higgins | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Kathy Prosper et-al | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ 0
   b. **My payroll** deductions **are** *(specify purpose and amount)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ 0
   c. My monthly take-home pay is (a. minus b.): .............. $ 0
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ 0
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS** (c. plus d.): .............. $ 0
   f. Number of persons living in my home: ____
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1) | | | $ |
| (2) | | | $ |
| (3) | | | $ |
| (4) | | | $ |
| (5) | | | $ |

   The TOTAL amount of other money is: $ ____
   *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS** (a. plus d. plus f.): .............. $ 0

10. I own or have an interest in the following property:
    a. Cash .............. $ 0
    b. Checking, savings, and credit union accounts (list *banks*):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

| Property | FMV | Loan Balance |
|---|---|---|
| (1) | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

| Property | FMV | Loan Balance |
|---|---|---|
| (1) | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
       $ 0

11. **My monthly expenses not already listed in item 9b above are the following:**
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies .......... $ _____
    c. Utilities and telephone .............. $ _____
    d. Clothing ............................ $ _____
    e. Laundry and cleaning ................ $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ _____
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses (insurance, gas, repair) .............. $ _____
    k. Installment payments *(specify purpose and amount)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly installment payments is: .............. $ 0
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ 0
    m. Other expenses *(specify)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly expenses is: ........................ $ 0
    n. **MY TOTAL MONTHLY EXPENSES ARE** (add a. through m.): .............. $ 0

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:

---

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 (Rev. January 1, 2007)    **APPLICATION FOR WAIVER OF COURT FEES AND COSTS**    Page 2 of 2
(Fee Waiver)

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Timothy Huggins D._  T-61979 for the last six months at

[prisoner name]

_CORCORAN II (SAP)_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_0_.

Dated: _3-19-08_                         _[signature]_  CCI

[Authorized officer of the institution]

```
REPORT ID: TS3030                                   REPORT DATE: 02/29/08
                                                    PAGE NO:       1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                 CALIFORNIA CORRECTIONAL CENTER
                 INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: AUG. 29, 2007 THRU FEB. 29, 2008

ACCOUNT NUMBER : T61979            BED/CELL NUMBER:
ACCOUNT NAME   : HUGGINS, TIMOTHY  ACCOUNT TYPE: T
PRIVILEGE GROUP:
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE

08/29/2007  BEGINNING BALANCE                                            0.00

  ACTIVITY FOR 2008
02/27*VOR1 REST OVERPMT RESTADJUST              42.30                   42.30
02/27 VOF1 ADMIN FEE-RES RESTADJUST              4.23                   46.53
02/27*VOR2 REV. REST DUE RESTADJUST             42.30-                   4.23
02/27 VOF2 REV. ADMIN FE RESTADJUST              4.23-                   0.00


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/29/02            CASE NUMBER: SF084226A
COUNTY CODE: SJ                     FINE AMOUNT: $   400.00

  DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE

08/29/2007  BEGINNING BALANCE                                 357.70

12/27/08    VOR1     REST OVERPMT ONLY          42.30         400.00


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/29/02            CASE NUMBER: SF084226
COUNTY CODE: SJ                     FINE AMOUNT: $   400.00

  DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE

08/29/2007  BEGINNING BALANCE                                 400.00

12/27/08    VOR2     REV. REST OVERPMT ONLY     42.30-        357.70
```

[Stamp: "THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY ___ TRUST OFFICE"]

CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 29, 2007 THRU FEB. 29, 2008

ACCT: T61979    ACCT NAME: HUGGINS, TIMOTHY    ACCT TYPE: T

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------
0.00

TOTAL P.04

```
REPORT ID: TS3030  .701                        REPORT DATE: 03/03/08
                                                    PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 03, 2008

ACCOUNT NUMBER : T61979              BED/CELL NUMBER: FGB1T1000000140W
ACCOUNT NAME   : HUGGINS, TIMOTHY       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE       DESCRIPTION           COMMENT      HOLD AMOUNT
  ------       ----       -----------           -------      -----------
 02/27/2008    H114    COPAY FEE, MED.         4392/20860        5.00
 02/27/2008    H114    COPAY FEE, MED.         4392/52800        5.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/29/02              CASE NUMBER: SF084226A
COUNTY CODE: SJ                       FINE AMOUNT: $     400.00

  DATE       TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ----       ------   -----------              -----------    -------

 08/01/2007   BEGINNING BALANCE                                386.57

 01/26/08    SU01    SYS TRNSF - POS              28.87-       357.70
 02/27/08    SU04    SYS UPDATE - NEG             42.30        400.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/29/02              CASE NUMBER: SF084226
COUNTY CODE: SJ                       FINE AMOUNT: $     400.00

  DATE       TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ----       ------   -----------              -----------    -------

 08/01/2007   BEGINNING BALANCE                                400.00

 02/27/08    SU03    SYS UPDATE - POS             42.30-       357.70
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/03/08
                                                 PAGE NO:         2
                        SATF/SP AT CORCORAN
                     INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 03, 2008

ACCT: T61979      ACCT NAME: HUGGINS, TIMOTHY        ACCT TYPE: I

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
10.00-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:     MAR 0 3 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: [signature]
TRUST OFFICE