FILED
08 APR -8 PM 12: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timothy Huggins D. T61979

                Plaintiff,

vs.

Kathy Prosper, Warden
Mr. M. Mullin. A. Warden
Mr. G. Reinsel. A.D.A. Co.
Mr. Pomazalos. C.M.O.

                Defendant.

CASE NO. CV 1578 SBA

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

    I, Timothy Huggins D., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I CAN NOT WORK, I'M ON SSI. I HAVN'T
5  WORKED IN OVER 28 YEAR'S. SIR!
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___  No X
10         self employment
11    b.   Income from stocks, bonds,             Yes ___  No X
12         or royalties?
13    c.   Rent payments?                         Yes ___  No X
14    d.   Pensions, annuities, or                Yes ___  No X
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___  No X
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  I'VE BEEN IN PRISON FOR 2 YRS, SIR!
22  _____
23  3.   Are you married?                         Yes ___  No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $_____

1      b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      __NONE_____
6      _____
7  5.     Do you own or are you buying a home?     Yes ____ No __X__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?     Yes ____ No __X__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No __X__ If so, Total due: $ _____
12 Monthly Payment: $ __NONE__
13 7.     Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __NONE__
15 _____
16 Present balance(s): $ __NONE__
17 Do you own any cash? Yes ____ No __X__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __X__
20 _____
21 8.     What are your monthly expenses?
22 Rent: $ __NONE__     Utilities: __NONE__
23 Food: $ __NONE__     Clothing: __NONE__
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 _____     $ _____     $ _____
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-3-2008            Timothy Huggins T-61979
DATE                SIGNATURE OF APPLICANT

1
2                                            Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           **IN**
10                            **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _Timothy Huggins D._ for the last six months
                                       [prisoner name]
14  _CORCORAN State Prison II SATF/SAP_ where (s)he is confined.
       [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ __0__ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $__0__.
18
19  Dated: _4-3-08_                        _____
20                                                [Authorized officer of the institution]
21
22
23
24
25
26
27
28



Huggins Timothy D. T-61979
P.O. Box 5244. G2-A-111 low
Corcoran CA. 93212.

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SBA

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES